IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| GMS INDUSTRIAL SUPPLY, INC.. | ) | |
|     Plaintiff, | ) | |
|         v. | ) | Civil Action No. 2:19-cv-324 (RCY) |
| | ) | |
| G&S SUPPLY, LLC, *et al.*, | ) | |
|     Defendants. | ) | |
| | ) | |

**ORDER**

This matter is before the Court on its own initiative. Plaintiff is hereby ORDERED to file a responsive brief no longer than five (5) pages specifically addressing the following issue: whether commissions paid to Defendants, with the exception of Defendant Westly Greer, for GMS sales are recoverable as damages for their alleged breach of the sales agent agreements under Virginia law. Plaintiff shall file its responsive brief no later than 5:00 p.m. May 17, 2022.

Let the Clerk send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/ *[signature]*
Roderick C. Young
United States District Judge

Richmond, Virginia
Date: May 13, 2022