## UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*
NEWPORT NEWS/NORFOLK DIVISION
**Thursday, May 19, 2022**

**MINUTES OF PROCEEDINGS** IN   Courtroom Five
**PRESENT**: THE HONORABLE   Roderick C. Young, United States District Judge
Courtroom Deputy: Julie Jones
Law Clerk:  Olamide Fadahunsi                              Reporter:  Jill Trail, OCR

| Set: 1:15 p.m. | Started: 1:49 p.m. | Ended: 3:27 p.m. |
|---|---|---|

Case No.   2:19cv324

GMS Industrial Supply, Inc.

v.

G&S Supply, LLC, et al.

**Appearances:**
Plaintiff: William Lascara, Jeffrey Wilson, Jesse Gordon and Daniel Berger.
Defendants: Robert McFarland and Micaylee Noreen.

Final pretrial conference held. Court heard counsel on plaintiff and defendants' pending motions in limine and ruled as stated on the record. Comments and questions of court. Court advised it would not rule on objections today. Court directed parties to meet and confer in person to see if remaining objections can be resolved. Parties to file joint memorandum laying out unresolved objections as detailed on the record by Wednesday, 5/25/22 at noon. The court is to issue an order. Court and counsel discussed logistics and administrative aspects of upcoming trial on 5/31/22 at 9:30 a.m. in Norfolk. Court in recess.