IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| GMS INDUSTRIAL SUPPLY, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 2:19CV324 (RCY) |
| G&S SUPPLY, LLC, et al., | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

For the reasons stated from the bench during the final pretrial conference, the Court ORDERS counsel for the parties to meet and confer in person with regard to all pending objections, with the exception of those related to jury instructions. Half-hearted attempts at compliance with this Order will not satisfy counsel's obligations. At the conclusion of that process, for any objections that are not resolved, the parties shall FILE a joint memorandum that includes the following information: the unresolved objection, which must identify the exhibit or other matter to which it applies, including its designation number; a brief description of the exhibit or other matter; the basis for the objection including the applicable Federal Rule of Civil Procedure or Rule of Evidence and how the Rule is violated; and a response from the party offering the exhibit or other matter explaining why the exhibit or other matter does not violate the applicable Rule. The parties are limited to one paragraph per objection. All resolved objections shall also be identified in the joint memorandum. The joint memorandum shall be filed by Wednesday, May 25, 2022 at noon.

It is so ORDERED.

Richmond, Virginia
Date: May 20, 2022

/s/ *Rcy*
Roderick C. Young
United States District Judge