IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

GMS INDUSTRIAL SUPPLY, INC..          )
    Plaintiff,                                      )
            v.                                      )         Civil Action No. 2:19-cv-324 (RCY)
                        )
G&S SUPPLY, LLC, *et al.*,                 )
    Defendants.                                   )
_____ )

**ORDER**

Having weighed the arguments presented by the parties within their Joint Memorandum

on the Parties' Continuing Objections to Witnesses, Exhibits, and Discovery Designations (ECF

No. 288), the Court rules as follows:

| Party Objecting | Exhibit No. | SUBJECT | Ruling |
|---|---|---|---|
| Plaintiff | | Jennifer Allen and Cory Allen | Sustained |
| Defendant | 1 | Arvest Docs G&S Acct | Withdrawn Exhibit and Withdrawn Objection |
| Defendant | 9 | S. Greer Sales Agent Agreement 5.27.15 | Withdrawn Objection |
| Defendant | 10 | S. Greer Ind. Sales Agent Agreement 5.13.13 | Withdrawn Objection |
| Defendant | 15 | Hayes Commission Info 7.27.16 | Withdrawn Objection |
| Defendant | 17 | Internal Marketing Strategy | Withdrawn Exhibit |
| Defendant | 18 | GMS Operating Procedures | Withdrawn Exhibit |
| Defendant | 19 | GMS Training Materials | Withdrawn Exhibit |
| Defendant | 20 | Internal Marketing & Operating Guidelines | Withdrawn Exhibit |
| Defendant | 21 | GMS Internal Marketing & Operating Guidelines | Withdrawn Exhibit |
| Defendant | 22 | BDO Sheet Showing Greer USB Usage | Under Advisement |
| Defendant | 26 | Catalog Comparisons | Withdrawn Exhibit |

| | | | |
|---|---|---|---|
| Defendant | 27 | GMS Catalog 4.20.19 | Withdrawn Exhibit |
| Defendant | 31 | GMS Catalog 4.20.19 | Withdrawn Exhibit |
| Defendant | 32 | Spires 2017 Sales Agent Agreement | Withdrawn Exhibit |
| Defendant | 33 | GMS Catalog | Withdrawn Objection |
| Defendant | 37 | GMS Catalog 7.20.19 | Withdrawn Exhibit |
| Defendant | 38 | GMS Catalog 7.20.19-01 | Withdrawn Exhibit |
| Defendant | 39 | Tech Data Sheet and Videos | Under Advisement |
| Defendant | 42 | G&S Catalog (no cover) | Withdrawn Objection |
| Defendant | 43 | G&S Catalog | Withdrawn Exhibit |
| Defendant | 46 | HMC Corp. Info from Internet Sources 4.10.19 | Sustained |
| Defendant | 47 | Greer Travel Expenses 2017 | Withdrawn Exhibit |
| Defendant | 48 | Westly Sales Agreement 4.12.11 | Withdrawn Objection |
| Defendant | 49 | Westly Non-Compete 4.3.11 | Withdrawn Objection |
| Defendant | 50 | Westly Sales Agent Agreement 7.2.12 | Withdrawn Objection |
| Defendant | 51 | G&S Catalog | Withdrawn Exhibit |
| Defendant | 52 | Spires Sales Agreement 1.22.13 | Withdrawn Objection |
| Defendant | 57 | Westly Employment Agreement 11.5.12 | Withdrawn Objection |
| Defendant | 59 | Service and Survey Forms | Withdrawn Exhibit |
| Defendant | 61 | GMS Bilingual Product Labels | Withdrawn Exhibit |
| Defendant | 71 | Air Force Ordering Instructions | Withdrawn Exhibit |
| Defendant | 72 | GMS Marketing Strategy Email | Withdrawn Exhibit |
| Defendant | 73 | GMS Training & Operating Guidelines for DOD Email | Overruled |
| Defendant | 74 | Welton Order Showing Confusion 2.26.19 | Under Advisement |
| Defendant | 75 | Creeper Pictures | Overruled |
| Defendant | 77 | Notes from GMS calls with AW 4.19 | Under Advisement |
| Defendant | 78 | GMS Contractor and Payroll Payments | Withdrawn Exhibit and Withdrawn Objection |

| | | | |
|---|---|---|---|
| Defendant | 79 | Email JDW to Van Tassel re Shared Customers | Withdrawn Exhibit |
| Defendant | 80 | GMS & G&S Kit Comparison Spreadsheet | Withdrawn Exhibit |
| Defendant | 81 | Email Shirk to JDW re Computer Folder Names 10.16.20 | Overruled |
| Defendant | 85 | GSA Contract 7.15 | Withdrawn Exhibit |
| Defendant | 86 | Email to Westly w. Leavenworth Customer Info 9.12.18 | Overruled in part and Sustained in part[1] |
| Defendant | 87 | Westly Email re Credit Card Sales 9.16.16 | Withdrawn Objection |
| Defendant | 89 | RR Email re GSA Price List 8.11.16 | Withdrawn Exhibit and Withdrawn Objection |
| Defendant | 91 | GMS Welton Commission Reports (2016-19) | Withdrawn Objection |
| Defendant | 92 | GMS Hayes Commission Reports | Withdrawn Objection |
| Defendant | 93 | GMS Side Commission Reports | Withdrawn Exhibit |
| Defendant | 95 | GMS S. Greer Commission Reports (2015-18) | Withdrawn Objection |
| Defendant | 96 | GMS S. Greer Commission Reports (2019) | Withdrawn Objection |
| Defendant | 97 | GMS Spires Commission Reports | Withdrawn Objection |
| Defendant | 98 | GMS Lost Profits (Final) | Overruled |
| Defendant | 99 | DK Text w Hayes Offering to Source Shoes 8.9.18 | Withdrawn Objection |
| Defendant | 100 | Storm Tactical RFQ 7.18.19 | Withdrawn Exhibit |
| Defendant | 101 | Storm Tactical RFQ 9.11.17 | Withdrawn Exhibit |
| Defendant | 103 | Email to S Greer's GMS Account re G&S Kits | Under Advisement |
| Defendant | 104 | Email to S Greer's GMS Account re G&S Kits 1.30.19 | Under Advisement |
| Defendant | 105 | Email to Welton's GMS Account re G&S Parts 2.26.19 | Under Advisement |
| Defendant | 106 | Email to Welton's GMS Account re G&S Parts 2.27.19 | Under Advisement |
| Defendant | 107 | Email to Spires's GMS Account re G&S Parts 1.17.19 | Under Advisement |

---

[1] This exhibit can be used to show knowledge but cannot be used for the truth of the matter asserted.

| | | | |
|---|---|---|---|
| Defendant | 108 | Email to Spires's GMS Account re G&S & GMS Parts 1.7.19 | Under Advisement |
| Defendant | 109 | Email to Spires's GMS Account re G&S Parts 1.29.19 | Under Advisement |
| Defendant | 116 | Amber Wenrick Re Order | Under Advisement |
| Defendant | 117 | Billy Miles Customer Service _ Data Management | Under Advisement |
| Defendant | 121 | Mike Welton ORDER DOC NUMBERS | Withdrawn Exhibit |
| Defendant | 122 | Mike Welton GMS Motor Pool Order w. G&S kits 2.25.19 | Withdrawn Exhibit |
| Defendant | 125 | Sabrina Greer Fw Non-Standard Order | Withdrawn Exhibit |
| Defendant | 126 | Sky Spires Customer Service _ Data Management | Under Advisement |
| Defendant | 130 | GMS CCPN Activity 2015-2020 Final | Sustained |
| Defendant | 132 | WT Commission Payments | Withdrawn Exhibit |
| Defendant | 135 | W Greer to Welton re chinese multimeter and DLA markup 2.13.20 | Withdrawn Exhibit |
| Defendant | 136 | Greer to Welton re competitors 1.15.20 | Withdrawn Exhibit |
| Defendant | 137 | Amber G&S Sales Spreadsheet | Under Advisement |
| Defendant | 138 | Amber G&S Sales Spreadsheet 1.25.2019 | Withdrawn Exhibit |
| Defendant | 139 | Greer to Team_Kit Pricing 01.14.19 | Withdrawn Exhibit |
| Defendant | 143 | Hayes to Customers re GMS 5.7.19 | Withdrawn Objection |
| Defendant | 146 | G&S Product Catalog | Withdrawn Objection |
| Defendant | 147 | Kennedy Orders Combined 4.3.19 | Withdrawn Exhibit |
| Defendant | 156 | W Greer to Spires re Sourcing Products 4.27.18 | Withdrawn Objection |
| Defendant | 163 | W Greer to Welton re Part Shipment 11.2.18 | Withdrawn Exhibit |
| Defendant | 176 | Invoice from Zoro for G&S Order 6.11.18 | Withdrawn Exhibit |
| Defendant | 190 | Spires to Customer re GMS Catalogue from G&S Acct. 3.7.18 | Withdrawn Objection |
| Defendant | 198 | GMS 2018 1099 to Greer Group | Withdrawn Objection |
| Defendant | 205 | 2019 Side Misc. Income | Withdrawn Exhibit |
| Defendant | 206 | 2018 G&S Contractor Payments | Withdrawn Objection |

| Defendant | 214 | G&S 2018 AMEX Summary | Withdrawn Exhibit |
|---|---|---|---|
| Defendant | 216 | Miller to Spires Explaining Info for Taxes 3.4.20 | Overruled |
| Defendant | 217 | 2018 Miller Tax Preparation Materials | Overruled |
| Defendant | 218 | 2019 Miller Tax Preparation Materials | Overruled |
| Defendant | 221 | Miller Notes re HMC Expenses | Withdrawn Exhibit |
| Defendant | 233 | G&S Sales and GMS Comparison | Sustained |
| Defendant | 234 | Comparison of G&S and GMS Products | Under Advisement |
| Plaintiff | D10. | 2020.08.05 Plaintiff GMS Industrial Supply, Inc.'s Responses to Defendant G&S Supply LLC's First Set of Interrogatories | Sustained in Part and Overruled in Part[2] |
| Plaintiff | D11 | 2020.08.05 Plaintiff GMS Industrial Supply, Inc.'s Responses to Defendant G&S Supply, LLC's First Set of Requests for Production | Sustained in Part and Overruled in Part[3] |
| Plaintiff | D12 | 2021.01.27 Plaintiff GMS Industrial Supply, Inc.'s First Supplemental Responses to Defendant G&S Supply, LLC's First Set of Interrogatories | Sustained in Part and Overruled in Part |
| Plaintiff | D13 | 2021.01.27 Plaintiff GMS Industrial Supply, Inc.'s First Supplemental Responses to Defendant G&S Supply, LLC's First Set of Requests for Production | Sustained in Part and Overruled in Part |
| Plaintiff | D14 | 2021.02.18 Plaintiff GMS Industrial Supply, Inc's Second Supplemental Responses to Defendant G&S Supply, LLC's First Set of Requests for Production | Sustained in Part and Overruled in Part |
| Plaintiff | D15 | 2021.04.23 W. Lascara letter to R. McFarland re: document production (GMS 010679 to 010959) | Sustained |
| Plaintiff | D16 | 2021.04.23 Plaintiff GMS Industrial Supply, Inc.'s Supplemental Responses 04.23.21 to Defendant G&S Supply, LLC's First Requests for Production | Sustained in Part and Overruled in Part |
| Plaintiff | D17 | 2021.04.30 T. Berkley letter to R. McFarland re: document production (GMS 010960 - 011351) | Sustained |
| Plaintiff | D18 | 2021.05.04 Plaintiff GMS Industrial Supply, Inc.'s Second Supplemental Responses to Defendant G&S Supply, LLC's First Set of Requests for Production | Sustained in Part and Overruled in Part |

---

[2]The statements are admissible but cannot be admitted on court documents.  Defendant may create a separate document titled "Admissions of _____" that lists the question(s) and answer(s) of the declarant. The same ruling shall apply to Exhibits D10-D14, D16, and D18.

| Plaintiff | D20 | 2007.12.03 Complaint with exhibits, Gary B. Gorken, G Cubed, Inc., GMS Industrial Supply, Inc., (formerly, Gorkens Maintenance Specialists, Inc.), and Rachel Gorken v. Drummond American Corporation, Civil Action No.: 2:07- cv-560 | Sustained in Part and Overruled in Part[4] |
|---|---|---|---|
| Plaintiff | D21 | 2020.07.05 Text Messages between W. Greer and G. Gorken | Overruled |
| Plaintiff | D22 | Text messages from G. Gorken to M. Welton | Overruled |
| Plaintiff | D23 | 2019.05.03 G. Gorken email to S. Greer re: next time you are looking through your wedding album, try not to cry | Overruled |
| Plaintiff | D24 | G. Gorken notes prepared during the week of 2021.05.10 | Withdrawn Objection |
| Plaintiff | D25 | 2019.04.02 Text Message between W. Greer and A. Wenrick | Overruled |
| Plaintiff | D32 | 2016 HMC Supply LLC Profit or Loss From Business | Overruled |
| Plaintiff | D34 | G&S Supply LLC Profit & Loss January through December 2018 | Withdrawn Objection |
| Plaintiff | D37 | 2019.05.03 Email Chain between wg@supplygs.com, gssupplyllc@gmail.com, M. Welton, J. Hermann re: Fwd: Meeting follow-up | Under Advisement |
| Plaintiff | D38 | 2019.04.08 M. Welton letter to R. Gorken re: return of GMS Property | Under Advisement |
| Plaintiff | D40 | 2018.01.01 V: 3c GCSS-Army Transaction Guide | Under Advisement |
| Plaintiff | D42 | GMS Sales according to DIBBS from Jan 1 - Apr, 2019 | Overruled |
| Plaintiff | D45 | Drummond Answer and Counterclaim (ECF No. 13), Drummond Am. Corp., 2:07cv560-JBF-FBS | Sustained in Part and Overruled in Part[5] |
| Plaintiff | D46 | Mike Welton GMS 2019 Commissions | Under Advisement |

The Court will take the following exhibits under advisement as the parties have listed them as both resolved and unresolved:

| Party Objecting | Exhibit No. | SUBJECT | Ruling |
|---|---|---|---|
| Defendant | 23 | Greer GMS Access Notification 4.3.19 | Under Advisement |

---

[4] Defendant may use statements in these documents to impeach but cannot mention what the source of the statements. Defendant may not go into the details of the prior litigation.

[5] Defendant may use statements in these documents to impeach but cannot mention what the source of the statements. Defendant may not go into the details of the prior litigation.

| Defendant | 60 | FedMall Ordering Instructions | Under Advisement |
|---|---|---|---|
| Defendant | 64 | Standard GCSS Input Instructions | Under Advisement |
| Defendant | 65 | Training Emails | Under Advisement |
| Defendant | 123 | Sabrina 3RD BN I9 NON-STD REQs | Under Advisement |
| Plaintiff | D35 | 2020.01.02 G. Spires Emails to K. Miller re: Numbers | Under Advisement |

The Court will take the following exhibits under advisement as the exhibits appear on neither the resolved nor the unresolved objections lists:

| Party Objecting | Exhibit No. | SUBJECT | Ruling |
|---|---|---|---|
| Defendant | 28 | 2017 S Greer Ind. Sales Agent Agreement | Under Advisement |
| Defendant | 40 | NALCOMIS Ordering Instruction Guide | Under Advisement |
| Defendant | 45 | HMC Corporate information | Under Advisement |
| Defendant | 131 | CCPN Awarded Log as of 7.24.2019 | Under Advisement |
| Defendant | 165 | W Greer to Welton re G&S Sale 9.25.18 | Under Advisement |
| Defendant | 223 | G&S Certificate of Reinstatement 9.18.19 | Under Advisement |

The Court declines to rule on the parties' objections to deposition designations and interrogatory answers pending compliance with the Court's May 20, 2022 Order (ECF No. 283).

Let the Clerk send a copy of this Order to all counsel of record.

It is so ORDERED.

_____/s/_____.
Roderick C. Young
United States District Judge

Richmond, Virginia
Date: May 27, 2022