IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| GMS INDUSTRIAL SUPPLY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 2:19-cv-324-RCY-LRL |
| ) | |
| G&S SUPPLY, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

NOW COMES Defendant Westly Greer ("Greer"), by counsel, and pursuant to Rule 4 of the Federal Rules of Appellate Procedure, hereby notes his appeal from the Court's Judgment Order of June 10, 2022 (ECF No. 321), entering judgment against Greer for $109,000, based on the jury's verdict of that same date.

Respectfully submitted,

**WESTLY L. GREER**

*By Counsel*

/s/ Robert W. McFarland
Robert W. McFarland (VSB No. 24021)
V. Kathleen Dougherty (VSB No. 77294)
Micaylee A. Noreen (VSB No. 92433)
Jeanne E. Noonan (VSB No. 87863)
McGuireWoods LLP
101 West Main Street, Suite 9000
Norfolk, VA 23510
Tel:  (757) 640-3716
Fax: (757) 640-3730
rmcfarland@mcguirewoods.com
vkdougherty@mcguirewoods.com
mnoreen@mcguirewoods.com
jnoonan@mcguirewoods.com

*Counsel for Defendant and Counterclaim Plaintiff Westly L. Greer*

1

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 8, 2022, I filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

              By: */s/ Robert W. McFarland*
              Robert W. McFarland (VSB No. 24021)
              V. Kathleen Dougherty (VSB No. 77294)
              Micaylee A. Noreen (VSB No. 92433)
              Jeanne E. Noonan (VSB No. 87863)
              McGuireWoods LLP
              101 West Main Street, Suite 9000
              Norfolk, VA 23510
              Tel:  (757) 640-3716
              Fax: (757) 640-3730
              rmcfarland@mcguirewoods.com
              vkdougherty@mcguirewoods.com
              mnoreen@mcguirewoods.com
              jnoonan@mcguirewoods.com

              *Counsel for Defendant and Counterclaim Plaintiff Westly L. Greer*