# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| GMS INDUSTRIAL SUPPLY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:19-cv-324-RCY-LRL |
| | ) |
| G&S SUPPLY, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT WESTLY L. GREER'S NOTICE OF FILING OF CERTAIN EXHIBITS FOR PURPOSES OF APPEAL**

For purposes of the Joint Appendix that is due to the United States Court of Appeals for the Fourth Circuit under the appeal noticed by Defendant Westly L. Greer (Dkt. 331), Defendant Westly L. Greer hereby files certain exhibits to make such exhibits part of the district court's electronic record.

The following chart summarizes the attached exhibits:

| Attachment Number to This Filing | Description |
|---|---|
| Attachment 1 | Trial Exhibit P3 |
| Attachment 2 | Trial Exhibit P4 |
| Attachment 3 | Trial Exhibit P5 |
| Attachment 4 | Trial Exhibit P6 |
| Attachment 5 | Trial Exhibit P8 |
| Attachment 6 | Trial Exhibit P12 |
| Attachment 7 | Trial Exhibit P14 |
| Attachment 8 | Trial Exhibit P16 |
| Attachment 9 | Trial Exhibit P28 |
| Attachment 10 | Trial Exhibit P32 |
| Attachment 11 | Trial Exhibit P49 |

| Attachment Number to This Filing (cont.) | Description (cont.) |
|---|---|
| Attachment 12 | Trial Exhibit P52 |

Respectfully submitted,

**WESTLY L. GREER**

*By Counsel*

<u>/s/ Robert W. McFarland</u>
Robert W. McFarland (VSB No. 24021)
V. Kathleen Dougherty (VSB No. 77294)
Micaylee A. Noreen (VSB No. 92433)
Jeanne E. Noonan (VSB No. 87863)
McGuireWoods LLP
101 West Main Street, Suite 9000
Norfolk, VA 23510
Tel:  (757) 640-3716
Fax: (757) 640-3730
rmcfarland@mcguirewoods.com
vkdougherty@mcguirewoods.com
mnoreen@mcguirewoods.com
jnoonan@mcguirewoods.com

## CERTIFICATE OF SERVICE

      I hereby certify that on January 19, 2023, I filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

      By: */s/ Robert W. McFarland*
Robert W. McFarland (VSB No. 24021)
V. Kathleen Dougherty (VSB No. 77294)
Micaylee A. Noreen (VSB No. 92433)
Jeanne E. Noonan (VSB No. 87863)
McGuireWoods LLP
101 West Main Street, Suite 9000
Norfolk, VA 23510
Tel: (757) 640-3716
Fax: (757) 640-3730
rmcfarland@mcguirewoods.com
vkdougherty@mcguirewoods.com
mnoreen@mcguirewoods.com
jnoonan@mcguirewoods.com